UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDRE SIMS, | |
| Plaintiff, | |
| v. | C20-1230 TSZ |
| MIDLAND FUNDING LLC, et al., | MINUTE ORDER |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' Unopposed Joint Motion for Extension of Time to Respond to the Complaint, docket no. 9, is GRANTED. The deadline for Defendants to file a responsive pleading or motion is EXTENDED to September 14, 2020.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of August, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1