UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDRE SIMS,

        Plaintiff,

   v.

MIDLAND FUNDING LLC,

        Defendant.

C20-1230 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Defendants' Amended Second Unopposed Joint Motion for Extension of Time to Respond to the Complaint, docket no. 14, is GRANTED. The deadline for Defendants to file a responsive pleading or motion is EXTENDED to September 21, 2020.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 15th day of September, 2020.

                        William M. McCool
                        Clerk

                        s/Karen Dews
                        Deputy Clerk

MINUTE ORDER - 1